PATRICK DUFFY, Appellant, v. THE NEW YORK AND MANHATTAN BEACH RAILWAY COMPANY, Respondent.

(Argued December 14, 1885; decided January 19, 1886.)

*Samuel D. Morris* for appellant.

*Alfred C. Chapin* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.